UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELGOS, <br> Plaintiff(s), <br> v. <br> KELLER WILLIAMS REALTY, <br> Defendant(s). | Case No. 3:24-cv-03579-LJC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, R. Buck McKinney, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paul Velgos in the above-entitled action. My local co-counsel in this case is Neema Amini, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 296867.

1204 San Antonio St., 2nd Floor, Austin, TX 78757
MY ADDRESS OF RECORD

2323 Lincoln Boulevard, Santa Monica, CA 90405
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(512) 222-6883
MY TELEPHONE # OF RECORD

(512) 222-6883
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

buck@aminiconant.com
MY EMAIL ADDRESS OF RECORD

neema@aminiconant.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00784572.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/24/2024                                              R. Buck McKinney
                                                               APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of R. Buck McKinney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 18, 2024

_____
UNITED STATES MAGISTRATE JUDGE

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Robert Buckner McKinney, Bar #00784572, was duly admitted to practice in said Court on July 08, 2004, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on June 17, 2024.



PHILIP J. DEVLIN, Clerk

BY: _____

AO 136 (Rev. 10/13) / TXE 136 (Rev. 09/22) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, DAVID A. O'TOOLE, Clerk of this Court, certify that **Robert Buckner McKinney**, Bar # **00784572**, was duly admitted to practice in this Court on December 14, 2017, and is in good standing as a member of the Bar of this Court.

Dated at Tyler, Texas on June 18, 2024.

DAVID A. O'TOOLE
*CLERK*

*DEPUTY CLERK*

U.S. District Court
Northern District of Texas

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## Robert Buckner McKinney

Bar Number:  Date of Admission:

**00784572**  **06/27/1994**

Witness my official signature and the seal of this court.

Dated: June 18, 2024

Karen Mitchell,
Clerk of Court

By: /s/ K. Riojas
Deputy Clerk

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Robert Buckner McKinney, Federal ID No 423122

Admission date: December, 12, 2017

Dated June 20, 2024, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk



Case 3:24-cv-01757 Document 6 Filed on 06/20/24 in TXSD Page 6 of 10

AO 136 (Rev. 10/13) / TXE 136 (Rev. 09/22) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, DAVID A. O'TOOLE, Clerk of this Court, certify that **Robert Buckner McKinney**, Bar # 00784572, was duly admitted to practice in this Court on December 14, 2017, and is in good standing as a member of the Bar of this Court.

Dated at Tyler, Texas on June 18, 2024.

DAVID A. O'TOOLE
*CLERK*

*DEPUTY CLERK*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## Robert Buckner McKinney

Bar Number:　　　　　　　　　　　　　　　　Date of Admission:

**00784572**　　　　　　　　　　　　　　　　　06/27/1994

Witness my official signature and the seal of this court.

Dated: June 18, 2024　　　　　　　　　　　Karen Mitchell,
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　By: /s/ K. Riojas
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Robert Buckner McKinney, Federal ID No 423122

Admission date: December, 12, 2017

Dated June 20, 2024, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk



# *Certificate of Good Standing*

*UNITED STATES DISTRICT COURT*

*WESTERN DISTRICT OF TEXAS*

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Robert Buckner McKinney, Bar #00784572, was duly admitted to practice in said Court on July 08, 2004, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on June 17, 2024.



*PHILIP J. DEVLIN, Clerk*

BY: _____